United States District Court
Southern District of Texas
**ENTERED**
May 22, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CRIMINAL ACTION NO. H-16-434 |
| § | |
| ILYASS BENLAMKADDEN, § | |
| § | |
| Defendant. § | |

**ORDER ACCEPTING GUILTY PLEA AND FINDING OF GUILT**

The United States Magistrate Judge has submitted her Report and Recommendation that this court accept the guilty plea of Ilyass Benlamkadden and find him guilty of Count 1 of the Indictment charging him with possession of child pornography, in violation of 18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2). No objections have been filed to the Report and Recommendation.

After the *de novo* review required under 28 U.S.C. § 636(b)(1)(C), this court finds that the record and law support the Magistrate Judge's Report and Recommendation. The court accepts the Report and Recommendation.

Accordingly, the court finds that the defendant, Ilyass Benlamkadden, is fully competent and capable of entering an informed plea, that he is aware of the nature of the charge made against him and the consequences of his plea, and that his guilty plea is knowing and voluntary and supported by an independent basis in fact containing each of the essential elements of the offense with which he is charged.

The defendant, Ilyass Benlamkadden, is **GUILTY** of the offense of possession of child pornography, in violation of 18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2).

SIGNED on May 22, 2017, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge